UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 07-421 JNE/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Ray James Brown, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 11, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motions to suppress evidence [#19] and to suppress statements [#20] are DENIED.

DATED: February 7, 2008.        s/ Joan N. Ericksen
at Minneapolis, Minnesota        JUDGE JOAN N. ERICKSEN
                                               United States District Court